| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Robert (First Name) Shane (Middle Name) Oringdulph (Last Name) | Case #: | 16-13141-EEB |
| Debtor 2: _____ (First Name) _____ (Middle Name) _____ (Last Name) | Chapter: | 13 |

## Local Bankruptcy Form 3015-1.6
## Chapter 13 Debtor's Certification to Obtain Discharge

**Check applicable boxes and complete applicable sections.**

I, Robert Shane Oringdulph certify that:

### Part 1  Plan Payments

☒  I have completed all payments and obligations required by my chapter 13 plan, including if applicable all direct payments to secured creditors.

### Part 2  Domestic Support Obligations

☐  I have no domestic support obligations.
☒  During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.
☒  I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

### Part 3  Valuation of Collateral Pursuant to 11 U.S.C. § 506

☐  I previously filed a Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506 (the "Motion") (docket no. _____ **[#]**) as to the real property described below.  The Motion was granted on **[month/day/year],**  (docket no. _____ **[#]**).

  **[Provide property description if applicable.]**

  **[If the debtor seeks a specific order extinguishing the lien subject to the Motion, the debtor must submit the attached proposed order.]**

### Part 4  Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).

☐  I have been convicted of a felony, as defined in 18 U.S.C. § 3156.  *See* 11 U.S.C. § 522(q)(1)(A).
☐  There are pending proceedings in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522 (q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).
☒  I have not been convicted of a felony, as defined in 18 U.S.C. § 3156.  *See* 11 U.S.C. § 522(q)(1)(A). And there are no pending proceedings in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522 (q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

| Part 5 | Personal Financial Management Course |

☒ I have completed an instructional course in personal financial management and the certification of completion has been filed.

| Part 6 | Signature of Debtor's Attorney |

Dated: May 4, 2021

By: /s/ Michael J. Watton, Esq. #46893
Signature of Attorney

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com

| Part 7 | Verification of Debtor |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2021

By: /s/ Robert Shane Oringdulph
Signature of debtor

406 East 28th Street Drive
Greeley, CO 80631

| **Fill in this information to identify your case** | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | |
| Debtor 1: Robert Shane Oringdulph<br>First Name   Middle Name   Last Name | Case #: 16-13141-EEB |
| Debtor 2: _____ _____ _____<br>First Name   Middle Name   Last Name | Chapter: 13 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Part 2**   **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on May 4, 2021, I served a complete copy of Chapter 13 Debtor's Certification to Obtain Discharge on the following parties in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

**The following creditors received electronic notice via CM/ECF:**

Adam Goodman
Chapter 13 Trustee
1888 Sherman Street, Suite 750
Denver, CO 80203

US Trustee
Byron G. Rogers Federal Building
1961 Stout Street
Ste. 12-200
Denver, CO 80294

**The following creditors received notice via First Class Mail:**

Bellco Credit Union
7600 East Orchard Road, Suite 400N
Englewood, CO 80111

Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741

Janeway Law Firm, P.C.
9800 South Meridian Blvd, Suite 400
Englewood, CO 80112

Security Service FCU
PO Box 691510
San Antonio, TX 78269

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Hindman Sanchez P.C.
Attn: Amanda K Ashley
555 Zang Street, Suite 100
Lakewood, CO 80228-1011

## Part 3 Signature

Dated: May 4, 2021

                                                      By: /s/ Tori Melendrez
                                                            Legal Assistant for Debtor's Counsel

                                                            Watton Law Group
                                                            301 W. Wisconsin Ave., 5th Floor
                                                            Milwaukee, WI 53203
                                                            Phone: 720-590-4600
                                                            Fax: 303-295-0242
                                                            E-mail: wlgdnvr@wattongroup.com